# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-1693
_____

FELICIA D. JACKSON,

    Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

    Appellee.

_____

On appeal from an order of the Reemployment Assistance Appeals Commission.

September 3, 2020

PER CURIAM.

Appellee's motion to dismiss, filed July 20, 2020, is granted and the appeal is dismissed. *See Tillett v. Reemployment Assistance Appeals Comm'n,* 115 So. 3d 1119 (Fla. 1st DCA 2013).

ROWE, BILBREY, and JAY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Felicia D. Jackson, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.